We remanded this case to the trial court with instructions to take the necessary steps to fully comply with the provisions of the Youthful Offender Act. We directed the court to advise appellant of his rights under the Act, to cause an investigation of appellant to be made, pursuant to the Act, to examine him at a hearing, and to make a determination as to whether appellant should be treated as a youthful offender.
The trial court has complied with our instructions, and made due return to this court. The return discloses that the trial court has given full consideration to appellant's application for treatment as a youthful offender and has considered all matters related thereto, including the report of the probation officer's investigation, the juvenile probation officer's report compiled prior to appellant's certification as an adult, and the nature of the alleged offense. The return further discloses that, after a full consideration of all relevant matters, the trial court denied the application for youthful offender status. We find the decision of the trial court denying appellant youthful offender status to be proper and supported by the evidence.
Having retained jurisdiction of this case in the event the youthful offender treatment was denied by the trial court, we now review the issues raised by appellant in his appeal from his conviction for rape in the first degree.
Appellant contends that the trial court lacked jurisdiction to try him because he was a juvenile at the time of the commission of the offense. There is no merit in this contention. We note that appellant failed to raise this issue in the lower court; however, the record reflects that appellant was certified to the circuit court to be tried as an adult, after a hearing in juvenile court. This certification was appealed to this court, and we affirmed. Ellington v. State,512 So.2d 802 (Ala.Cr.App. 1987).
We have carefully examined the remaining issues raised by appellant and find no merit in them. We deem further discussion unnecessary. This case is due to be, and it is hereby, affirmed.
OPINION EXTENDED; AFFIRMED.
All Judges concur.